No. D–1563. IN RE DISBARMENT OF ROBERTSON. It is ordered that Gerald Decatur Robertson, of Reston, Va., be suspended from the practice of law in this Court and that a rule

issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.